■ In the Matter of PIERCE J. WHALEN, Appellant, against WALTER E. NICHOLSON et al., Respondents.— Order reversed on the facts, with costs to petitioner-appellant, payable by respondent Randolph A. Rankin, and proceeding remitted to the Special Term for a new hearing. The order appealed from was made after a hearing upon which it was established that a candidate involved had failed to respond to a subpœna duly served upon him by the petitioner. No explanation was offered with respect to the candidate's failure to obey the subpœna. A new hearing is required in the interests of justice. Nolan, P. J., Ughetta, Pette and Brennan, JJ., concur.

## (May 27, 1960)

■ RAYMOND G. MORAN, Respondent, v. PORTCHESTER IRON WORKS, INC., Respondent, and WILLIAM J. LONG et al., Appellants.— Motion to stay trial pending appeal granted. Nolan, P. J., Ughetta, Christ and Brennan, JJ., concur.

■ In the Matter of JAMES F. MCARDLE, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and JOHN S. GROAT, Respondent.— Order affirmed, without costs. No opinion. Nolan, P. J., Ughetta, Christ and Brennan, JJ., concur.

## (May 31, 1960)

■ FRANCES BARNES et al., Appellants, v. UTILITY LINES, INC., Respondent.— Motion to dismiss appeal denied on condition that appellants be ready to argue or submit the appeal at the September 1960 Term, beginning September 7, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before August 1, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ JOAN BERGEN et al., Appellants, v. DONALD HUEBNER, an Infant, by His Guardian ad Litem, JULIA J. HUEBNER, Respondent.— Motion to dispense with printing denied, without costs, and with leave to renew on a showing of merit in the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ SHIRLEY BLOOM, Appellant, v. BANK FOR SAVINGS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ ANNA BURCHIANTI et al., Respondents, v. CITY OF LONG BEACH, Appellant.— Motion by respondents for reargument of motion decided May 9, 1960 to extend time to perfect appeal denied, without costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.